CHESTER HITCHCOCK *et al.*, plaintiffs in error, *v.* DANIEL S. HAIGHT, defendant in error.

### *Error to Winnebago.*

A *scire facias* was served two days after the return day: *Held*, that it amounted to nothing, the writ having lost its vitality.

IN this case, a motion was made by the counsel for the plaintiffs, for a rule on the defendant to join in error. The motion was denied.

*J. Marsh,* for the plaintiffs in error.

*O. Peters,* for the defendant in error.

The Opinion of the Court was delivered by

TREAT, J. The plaintiffs in error ask for a rule on the defendant to join in error. The *scire facias* was served on the defendant two days after the return day. The service amounts to nothing. The writ had lost its vitality. Its force was spent. The defendant is not before us.

The motion is denied.

*Motion denied.*